1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| JEREMIAH JONES and KELLY JONES, *on behalf of themselves, all others similarly situated, and the general public,* | CASE NO. 11-cv-1161 JM (WVG) |
| | ORDER GRANTING JOINT MOTION TO DISMISS |
| Plaintiffs, | [Dkt. No. 104] |
| vs. | |
| BANK OF AMERICA, N.A. and BAC HOME LOANS SERVICING, LP, | |
| Defendants. | |

11
12
13
14
15
16

17    On June 18, 2014,  the parties filed a joint motion to dismiss.  (Dkt. No. 104).

18 In accordance with their request, this action is hereby dismissed with prejudice.

19    **IT IS SO ORDERED.**

20 DATED:  June 20, 2014

21    _____
      Hon. Jeffrey T. Miller
22    United States District Judge

23
24
25
26
27
28